IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00630-BNB

ANDREW FIELDS, III,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,
WARDEN R. WILEY,
CAPTAIN CHURCH,
LIEUTENANT WALTERS,
OFFICER J. VIGIL,
COUNSELOR R. MADISON,
OFFICER DOUB,
OFFICER KING,
R. MACK,
S. PARSONS,
D. SWIFT,
MR. SUDLOW,
MANSPEAKER,
ROBINSON, and
M. CRUZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 5 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Andrew Fields, III, initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on March 27, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Fields to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Fields either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* and to file on the proper form a complaint in which

the names in the caption match the names in the text. Mr. Fields was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. On April 23, 2008, Magistrate Judge Boland entered a minute order granting Mr. Fields an extension of time to cure the deficiencies.

Mr. Fields has failed to cure the deficiencies within the time allowed and he has not filed any papers in this action since Magistrate Judge Boland granted him an extension of time on April 23. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00630-BNB

Andrew Fields III
Reg. No. 04595033
Lexington Federal Medical Center
PO Box 14500
Lexington, KY 40512

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  6/5/08  .

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk